# United States District Court

WESTERN DISTRICT OF WASHINGTON

STACY L. DUBEK

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C08-5510RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. the Court adopts the Report and Recommendation;

2. The ALJ erred in his decision as described in the report; and

3. the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

| April 29, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | |
| | Jennie L. Patton |
| | Deputy Clerk |