United States District Judge RONALD B. LEIGHTON

08-CV-05510-ORD

FILED ___ LODGED
___ RECEIVED

MAY 28 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STACY L DUBEK,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>) CIVIL NO. C08-5510RBL-KLS<br>)<br>) ORDER FOR EAJA FEES, COSTS AND<br>) EXPENSES<br>)<br>)<br>)<br>)<br>) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,995.37 and expenses of $46.65 pursuant to 28 U.S.C. §2412 and costs of $22.10 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5510RBL-KLS] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1 | DATED this 28th day of May 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
United States District Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5510RBL-KLS] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055